Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

American Marketing Enterprises Inc.

                              **Plaintiff,**

   v.

**UNITED STATES,**

                             **Defendant.**

**S U M M O N S**  21-00267

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| Port of Entry: | Los Angeles/Long Beach Seaport, California - 2704 | Date Protest Filed: | See Attached Schedule |
|---|---|---|---|
| Protest Number: | See Attached Schedule | Date Protest Denied: | See Attached Schedule |
| Importer: | American Marketing Enterprises In | | |
| Category of Merchandise: | Apparel | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Attached Schedule | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,

United States Customs and Border Protection
301 E. Ocean Blvd. - Suite 1400
Long Beach, CA 90802

Address of Customs Port in
Which Protest was Denied

Patrick D. Gill
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017
212-549-0156
pgill@strtrade.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 U.S.C. § 1401a | Value Stated on Middleman Invoice |
| Protest Claim: | 19 U.S.C. § 1401a Value based on earlier sale for export | Value based on earlier sale for export |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Plaintiff properly declared the first sale seller's price at entry, and provided CBP with documentation to support that claim in its Protest.  CBP has denied the first sale claim.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

    /s/ Patrick D. Gill
*Signature of Plaintiff's Attorney*

05/28/2021
*Date*

Los Angeles/Long Beach Seaport, California - 2704

## SCHEDULE OF PROTESTS

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 270420117511 | 03/18/2020 | 11/30/2020 | AGI10108392 | 3/5/2018 | 9/20/2019 |
| 270420117515 | 03/18/2020 | 11/30/2020 | 27521235120 | 3/19/2018 | 9/20/2019 |
| 270420136056 | 07/08/2020 | 11/30/2020 | AGI00609540 | 1/27/2016 | 1/10/2020 |
| 270420138666 | 07/29/2020 | 11/30/2020 | AGI00612452 | 2/4/2016 | 1/31/2020 |
| 270420140245 | 08/12/2020 | 11/30/2020 | AGI00614672 | 2/11/2016 | 2/14/2020 |
| 270420140248 | 08/12/2020 | 11/30/2020 | AGI00615208 | 2/17/2016 | 2/14/2020 |
| 270420140251 | 08/12/2020 | 11/30/2020 | AGI00617311 | 2/20/2016 | 2/14/2020 |
| 270420140255 | 08/12/2020 | 11/30/2020 | AGI00616958 | 2/19/2016 | 2/14/2020 |
| 270420136953 | 07/15/2020 | 12/04/2020 | AGI00612122 | 2/2/2016 | 1/17/2020 |
| 270420140257 | 08/12/2020 | 12/04/2020 | AGI00617055 | 2/19/2016 | 2/14/2020 |